

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

April 4, 2024

**By ECF**

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    *Re:*    *SEC v. Matthew Melton, 23-civ.-10060 (ALC)*

Dear Judge Carter:

    Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to further update the Court regarding the Commission's efforts to serve Defendant Matthew Melton ("Melton"), who the Commission understands is currently located in the United Kingdom.

    As background, the Commission's Complaint was filed on November 15, 2023. (Docket No. 1.)  On the same day, the United States Attorney's Office for the Southern District of New York unsealed an indictment against Melton in a parallel criminal matter, *United States v. Matthew Melton*, 23-cr.-456 (AS) (S.D.N.Y).  The Commission understands that Melton has been arrested in the United Kingdom and is currently awaiting extradition.  As a result, the time limitation for service of process under Rule 4(m) of the Federal Rules of Civil Procedure does not apply.

    On February 5, 2024, we advised the Court that the Commission had formally requested the assistance of the U.K. Central Authority ("Central Authority") to effect service of process (Docket No. 8).  On April 2, 2024, we obtained a status update from the Central Authority stating that our request had been received and is being processed. The Central Authority did not provide a timeframe for service.

    The Commission respectfully proposes that it file a further status update by July 5, 2024, if it has not filed proof of service by then.

                                Respectfully submitted,

                                   /s/ Rebecca Reilly
                                  Rebecca Reilly
                                  Assistant Regional Director

cc: Matthew Melton (by mail)