

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF**
**ENFORCEMENT**

MEMO ENDORSED

March 13, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___3/17/2026___

*Via ECF*
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

    Re:    *SEC v. Melton*, 23-cv-10060

Dear Judge Carter:

    Plaintiff Securities and Exchange Commission (the "SEC") respectfully submits this response to the Court's March 11, 2026 Order to Show Cause ("March 11 OSC"). (Dkt. 29.) For the reasons set forth below, the SEC (1) does not oppose Defendant Matthew Melton's ("Melton") motion to stay this case pending resolution of the parallel criminal case, *United States v. Melton,* 23-cr-456 (AS) (S.D.N.Y.) ("Criminal Case"); and (2) respectfully requests that the Court hold in abeyance the SEC's pending motion for default judgment against Melton during the pendency of such stay.

    The SEC filed its Complaint on November 15, 2023, alleging that Melton fraudulently solicited investments during 2018 to 2020. (Dkt. 1.) The same day the Complaint was filed, related criminal charges against Melton were unsealed in the Criminal Case. (Criminal Case Dkt. 1, 3.) On May 30, 2024, the SEC completed service of the Summons and Complaint on Melton at HMP Wandsworth, London, England, where Melton was then incarcerated. On July 22, 2024, at the SEC's request, the Clerk of Court entered a Certificate of Default against Melton due to his failure to respond to the SEC's Complaint. (Dkt. 16.)

    On July 15, 2025, because Melton still had not responded to the SEC's Complaint, the SEC filed its motion for default judgment. (Dkt. 17.) In December 2025, Melton was extradited to the United States to face charges in the Criminal Case, and he is currently incarcerated at the Metropolitan Detention Center in Brooklyn, New York. (Criminal Case Dkt. 6.) On February 25, 2026, the Court issued an Order directing Defendant to show cause "why default judgment for failure [to] appear and further failure to move or otherwise answer the Complaint should not be entered." (Dkt. 25.) On March 10, 2026, Melton filed his *pro se* response, asserting that he now intends to defend the SEC case and asking the Court to (1) "[d]ecline to enter default against Defendant"; and (2) stay this case pending resolution of the Criminal Case. (Dkt. 27.)

    The Court subsequently issued the March 11 OSC, directing the SEC to show cause why its default judgment motion "should not be denied, and these proceedings stayed, pending resolution of" the Criminal Case. (Dkt. 29.) Given Melton's current incarceration and *pro se* status, the unusual procedural history of this case, his representations that he is not seeking to ignore or evade this case and intends to seek civil representation following resolution of the

Hon. Andrew L. Carter, Jr.
March 13, 2026
Page 2

Criminal Case, and the likelihood that resolution of the Criminal Case may help resolve the SEC's claims against Melton, the SEC does not oppose Defendant's present request to stay this case pending resolution the Criminal Case. However, as Melton has not yet responded to the SEC's Complaint, the SEC respectfully requests that the Court hold in abeyance the SEC's default judgment motion during the pendency of any stay of this case.

Respectfully submitted,

*/s/ Paul G. Gizzi*

Paul G. Gizzi
Senior Trial Counsel

cc: Matthew Melton, *pro so* (by US Mail)

The Motion to Stay (Dkt. No. 27) is **GRANTED**. Within 30 days of the resolution of the criminal case, the Parties shall write a joint letter to the Court indicating whether these proceedings shall resume.

Defendant has appeared in this action and has indicated that he intends to defend this matter on the merits. Dkt. No. 28. Given that, and the Circuit's preference to have cases decided on the merits, Plaintiff's Motion for Default Judgment (Dkt. No. 17) is **DENIED** without prejudice.

The Clerk of Court is respectfully directed to stay these proceedings and to terminate the pending motions at Dkt. Nos. 17 and 27.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 17, 2027